STATE OF CONNECTICUT *v.* EDWARD J. MCCARTY

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Jack Stock,* in support of the petition.

*Brian E. Cotter,* assistant state's attorney, in opposition.

Submitted June 1—decided June 7, 1979

---

KAPETAN, INC. *v.* F. GEORGE BROWN, TAX COMMISSIONER OF THE STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Arthur S. Sachs,* in support of the petition.

*Ralph G. Murphy* and *Robert L. Klein,* assistant attorneys general, in opposition.

Submitted June 1—decided June 14, 1979.

---

STATE OF CONNECTICUT *v.* OLGA CRESPO

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Robert M. Axelrod,* in support of the petition.